


JS 45 (01/2008)

REDACTED

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:** **Under Seal: Yes ___ No x** **Judge Assigned:** LOG

City: Falls Church, VA
County/Parish: ___

Superseding Indictment: ___
Same Defendant: ___
Magistrate Judge Case Number: ___
Search Warrant Case Number: ___
R 20/R 40 from District of: ___
Related Case Name and No: ___

**Criminal Number:** 1:11-CR-137
New Defendant: ___
**Arraignment Date:** ___

**Defendant Information:**

**Juvenile --Yes ___ No X FBI #** ___

**Defendant Name:** Preston Cherouny **Alias Name(s)** ___

**Address:** [REDACTED], Washington, DC

**Employment:** ___

**Birth date** [REDACTED]/65 **SS#** [REDACTED]-5789 **Sex** M **Def Race** ___ **Nationality** ___ **Place of Birth** ___

**Height** ___ **Weight** ___ **Hair** ___ **Eyes** ___ **Scars/Tattoos** ___

**Interpreter:** ___ **No** ___ **Yes List language and/or dialect:** ___ **Automobile Description** ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___

___ Already in State Custody ___ On Pretrial Release X Not in Custody

___ Arrest Warrant Requested ___ Fugitive ___ Summons Requested

___ Arrest Warrant Pending ___ Detention Sought ___ Bond ___

**Defense Counsel Information:**

Name: Douglas Kay ___ Court Appointed Counsel conflicted out: ___

Address: Briglia Hundley Nuttall & Kay, P.C., 1921 Gallows Road, Suite 750, Vienna, VA 22182 X Retained

Telephone: 1 ___ Public Defender Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Uzo Asonye Telephone No: 703-299-3964 Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI, 9325 Discovery Blvd., Manassas, VA 20109, Elizabeth Shea, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** March 15, 2011 **Signature of AUSA:** ___