Date: 03-25-11   Judge: LIAM O'GRADY     Reporter: N. Linnell
Time: 10:00 to 10:45                     Interpreter:_____
                                         Language:_____

UNITED STATES of AMERICA

   Vs.

PRESTON CHEROUNY                    1:11CR00137-001
Defendant's Name                    Case Number

Douglas Kay                         Uzo Asonye
Counsel for Defendant               Counsel for Government

Matter called for:

( ) Motions ( ) Setting Trial Date ( ) Change of Plea Hrg. ( ) Plea
( )Arraignment ( )Appeal from USMC ( ) Sentencing ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg ( X)Pre-Indictment Plea () Other: _____

Defendant appeared: (X) in person    ( ) Failed to Appear
                    (X) with Counsel ( ) without Counsel ( ) through counsel

Filed in open Court:
(X) Criminal Information (X)Plea Agreement (X)Statement of Facts (X) Waiver of Indictment

Arraignment & Plea:
( ) WFA (X) FA (X) PG () PNG Trial by Jury: ( )Demanded ( ) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count  1 of the Criminal Information
Motion for Dismissal of Count(s)_____ ( ) by U.S. ( ) by deft.
( ) Order entered in open court   ( ) Order to follow
Defendant directed to USPO for PSI: (X) Yes ( ) No
Case continued to 06-17-11 at 9:00 AM ( )Jury Trial ( )Bench Trial ( )Pre-Guidelines
Sentencing(X)Guidelines Sentencing
( ) U.S. Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied
( ) Sentence of _____ Months heretofore imposed is reduced to a term of _____
Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release
Court ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.

Court accepts plea. Defendant was released on $25,000 PR bond w/special conditions: 1) Pretrial Supervision; 2) travel restricted to Washington, DC Metro area and may not leave area w/o permission of probation officer; 3) surrender passport to Probation Office by close of business on Monday, 03/28/11

All Exhibits must be filed with the Clerk_____days prior to trial.
Bond Set at:$ 25,000 ( ) Unsecured ( ) Surety (x) Personal Recognizance
(x)Release Order Entered ( )Deft Remanded (x)Deft Released on Bond ( )Deft. Detained


Email PO   x