| | | |
|---|---|---|
| Date: 06-17-11 | **SENTENCING** | Judge: O'GRADY |
| Time: 9:37 To 9:51 | | Reporter: N. Linnell |
| | | Interpreter: _____ |
| | | Language: _____ |

UNITED STATES of AMERICA

Case Number: 1:11CR00137-001

V.

PRESTON CHEROUNY

Counsel/Govt: Uzo Asonye          Counsel/Deft: Douglas Kay

Court adopts PSI ( X ) without exceptions ( ) with exceptions:_____

**SENTENCING GUIDELINES :**
Offense Level: 14
Criminal History: I
Imprisonment Range: 15 To 21 Months
Supervised Release Range: 2 to 3 Years
Fine Range: $ 4,000.00 to $ 40,000.00
Restitution $ 99,536.92
Special Assessment $ 100    ( ) Satisfied    ( ) Unsatisfied, due immediately

Court departs from Guidelines pursuant to:
___ USSG 5H1.3 and 5H1.4
___ USSG 5K2.0
___ USSG 5K2.12
___ USSG 5C1.2
___ Other:_____

**JUDGMENT OF THE COURT:**
BOP for 60 DAYS
Supervised Release for 2 Years with special conditions: ( x )Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $ _____ to begin w/in _____ days of release from custody/imposition of sentence
( X ) Fine/costs of incarceration waived

**SPECIAL CONDITIONS:**
___ Dft. shall maintain uniform good behavior.
___ Dft. to remain drug free, submit to In/Out patient testing as directed.
___ Dft. must participate in _____ counseling as directed.
___ No new credit
___ Access to all financial records.
___ No purchases over $ _____ without prior approval from the probation officer.
_X_ Pay restitution of $ 99,536.92 As directed by the probation officer.
_X_ Drug testing waived
_X_ Home confinement for 4 Months as directed by the probation officer.
___ Dft. must fully cooperate w/BICE in any deportation proceedings and, if deported, may not re-enter United States w/o permission.
___ Other:_____

**RECOMMENDATIONS to BOP:**
_X_ Dft. to be designated to: a facility in the Northern Virginia area to be near his family
___ Dft. to participate in 500 hrs Intensive Drug Treatment Program
___ Other:_____

**Defendant:** ( ) Remanded   ( X ) Cont'd on Bond to Self-Surrender no sooner than September 16, 2011, as directed by the probation officer once designated by BOP.