IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
FILED
IN OPEN COURT

JUN 1 7 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:11CR137** |
| | ) | |
| PRESTON CHEROUNY, | ) | |
| | ) | |
| Defendant. | ) | |

## RESTITUTION ORDER

1.     The defendant is sentenced to pay restitution in the amount of **$99,536.92**.

2.     The amount of restitution paid to a victim shall not exceed the victim's total loss from the offenses of conviction.

3.     The victims' names, addresses, and the victims' respective total loss amounts are listed in Attachment A to this Restitution Order.

4.     Interest:

       ___✓___ is waived.

       _____ accrues as provided in 18 U.S.C. § 3612(f).

5.     Restitution is due immediately, and notwithstanding any other provision of this Restitution Order, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6.     If incarcerated, the Court encourages the defendant to participate in the Bureau of Prison's Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7.     The defendant shall pay to the Clerk at least $_____ per month or _____ percent of net income, whichever is greater, beginning as directed by probation office.

8.      All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9.      Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510.

10.     No delinquent or default penalties will be imposed except upon Order of the Court.

/s/

Liam O'Grady
United States District Judge
Honorable Liam O'Grady
United States District Judge

ENTERED this 17th day of June, 2011.

at Alexandria, Virginia

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

Uzo Asonye
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone -703-299-3700
Facsimile -703-299-3981
E-Mail - Uzo.Asonye@usdoj.gov

SEEN AND AGREED:

Preston Cherony
Defendant

Douglas R. Kay
Counsel for Defendant
Briglia Hundley Nutall & Kay PC
1921 Gallows Road, Suite 750
Vienna, Virginia 22182
Telephone - 703-883-0880
Facsimile - 703-883-0899
E-Mail - dkay@bhnklaw.com

3

## ATTACHMENT A TO RESTITUTION ORDER

| Victims: | Loss Amount: |
| --- | --- |
| Wells Fargo Bank<br>Attention: Steve Linstrom<br>1700 Lincoln Street 9th Floor,<br>MAC C7300-09C<br>Denver, Colorado 80203 | $52,536.92 |
| JP MorganChase<br>Attn: Jill Simons, 10151 Deerwood Park Blvd, Bldg 400, Floor 5, Jacksonville, FL 32256 | $47,000.00 |
| Total Due from Defendant: | $99,536.92 |