IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Crim No. 1:11CR00137-001 |
| | ) | |
| Preston Cherouny, | ) | The Honorable Liam O'Grady |
| | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is the Defendant's Consent Motion for permission to travel to Anaheim, California from January 28, 2012 and return to his home on February 1, 2012. Having considered the Defendant's Motion and for the reasons stated in the Motion, the Court finds good cause exists to permit the requested travel. Therefore, it is hereby,

ORDERED that the Defendant is granted permission to travel to Anaheim, California from January 28, 2012 and return to his home on February 1, 2012; and it is further

ORDERED that the Defendant's period of home incarceration is extended five (5) days to account for the period he will be on travel in Anaheim, California.

_____
Honorable Liam O'Grady
United States District Judge

ENTERED this 25th day of January, 2012.

at Alexandria, Virginia