## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | **Crim No. 1:11CR00137-001** |
| | ) | |
| **Preston Cherouny,** | ) | **The Honorable Liam O'Grady** |
| | ) | |
| **Defendant.** | ) | |

### ORDER FOR PERMISSION TO TRAVEL

THIS MATTER came before the court for Defendant Preston Cherouny's motion for permission to travel from his home in Washington, DC to Chicago, Illinois from Sunday, April 1, 2012 to Thursday, April 5, 2012 for job training with his new employer. Mr. Cherouny also seeks permission to travel to Chicago for work in the future without the customary 30 days advance notice so long as he provides his probation officer reasonable notice but not less than three days

IT APPEARS to the Court that Counsel for the United States, Uzo Asonye, indicated he does not object to the relief requested herein and that good cause exists for this Motion to be granted, it is hereby

ORDERED that Defendant Preston Cherouny has permission to travel to Chicago, Illinois from Sunday, April 1, 2012 and to return home on Thursday, April 5, 2012 for job training with his new employer. It is further

ORDERED that Mr. Cherouny has permission to travel to Chicago for work in the future without the customary 30 days advance notice so long as he provides his probation officer reasonable notice but not less than three days.

ENTERED 3/30/12

/s/ \_\_\_\_
UNITED STATES DISTRICT JUDGE
Liam O'Grady
United States District Judge